GRAMERCY INVESTING COMPANY v. THE BANK OF UNITED STATES and Others, Impleaded with CHARLES K. FELDMAN and THE GUILD FINANCE CORPORATION. — Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH VIEIRA v. JAMES E. TYTLER and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MARGARET GOEBEL and Others against WILLIAM E. WALSH and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL GOLDIN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MOSES BROWN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BROWN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM SCHAEFER.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX RAPPAPORT.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JESIMON CORPORATION and Another v. PETER DOELGER BREWING COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HERMAN A. ACKER CORPORATION v. ABRAHAM M. FINKELSTEIN and Others, Impleaded with FINKELSTEIN & MAISEL, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY J. DEPASSO and Another v. KNICKERBOCKER AUTOMOBILE WAREHOUSE, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SELIG BERG v. ARTISTIC BRASSIERE Co., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.